United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Date: September 07, 2016
Docket #: 15-3573cv
Short Title: Ferrari v. U.S. Equities Corp.

DC Docket #: 13-cv-395
DC Court: CT (NEW HAVEN)
DC Judge: Meyer

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for   U.S. Equities Corp., Linda Strumpf and Olga Moises

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Liz Ferrari

and in favor of
U.S. Equities Corp., Linda Strumpf and Olga Moises

for insertion in the mandate.

Docketing Fee  _____

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies __10__ )   $198.00

Costs of printing reply brief (necessary copies _____ ) _____

I hereby certify that the above itemized costs are U.S. Equities Corp, Linda Strumpf, and Olga Moises's actual costs and were incurred in the above-captioned appellate proceeding.
(VERIFICATION HERE)

_____
Signature



Brescia's Printing Services, Inc.
66 Conn Blvd.
E. Hartford, CT 06108
Phone: 860-528-4254
Toll Free: 800-842-0008
Fax: 860-289-7130
www.brescias.com

# Invoice

No. **27042**

Date 4/26/16

Customer P.O. No.

James F. Sullivan, Esq.
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 10 | NY 15-3573-cv Liz Ferrari v. U.S. Equities Corp, etc. BRIEF FILED 4/26/16 complete services copy/bind/file/mail (66 pages @ $3.00 per page) | 198.00 |
| | Mailing | |
| 1 | Express Mail via USPS to NY 2nd Circuit Court | 24.00 |
| 1 | 1 First Class Mailing to Opposing Counsel @ $7.75 each | 7.75 |

Taken by: Bill
Account Type: Charge Account

Please call us if you have any questions.

Thank you!

Wanted: Tue 4/26
NY 15-3573-cv Liz Ferrari v. U.S. Equities Corp, etc. BRIEF FILED 4/2

| | |
|---|---|
| SUBTOTAL | 229.75 |
| TAX | 12.57 |
| SHIPPING | |
| TOTAL | 242.32 |
| AMOUNT DUE | 242.32 |