**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN** | **CATHERINE O'HAGAN WOLFE** |
| **CHIEF JUDGE** | **CLERK OF COURT** |
| Date: September 21, 2016 | DC Docket #: 13-cv-395 |
| Docket #: 15-3573cv | DC Court: CT (NEW HAVEN) |
| Short Title: Ferrari v. U.S. Equities Corp. | DC Judge: Meyer |

# VERIFIED ITEMIZED BILL OF COSTS

Counsel for

Liz Ferrari

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

U.S. Equities Corp., Linda Strumpf and Olga Moises

and in favor of

Liz Ferrari

for insertion in the mandate.

Docketing Fee     $216.00

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies _____ ) $731.88 (including appendix)

Costs of printing reply brief (necessary copies  9  ) $74.70

I hereby certify that the above itemized costs are Liz Ferrari's actual costs and were incurred in the above-captioned appellate proceeding.
**(VERIFICATION HERE)**

                                                                                              s/Anthony J. Majestro
                                                                                                  Signature